AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DANIEL GOMES

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 04-1797-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 6 and 27, 2004 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) manufacture, distribute, and dispense, and possess with intent to manufacture, distribute, and dispense a controlled substance, to wit: a quantity of crack cocaine

in violation of Title 21 United States Code, Section(s) 841(a)(1)

I further state that I am a(n) Special Agent, ATF
Official Title

and that this complaint is based on the following facts:

See attached affidavit of ATF Special Agent Brendan Hickey

Continued on the attached sheet and made a part hereof:  [X] Yes   [ ] No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

6-22-04 at Boston
Date                                              City and State

CHARLES B. SWARTWOOD III
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.