UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                             )
      v.                      )      Case No.   04-1797-CBS
                             )
DANIEL GOMES                  )

## GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the
Court to unseal the complaint, arrest warrants, and supporting
affidavit in this matter. As grounds for this motion, the
government states that disclosure of these materials will no
longer jeopardize the ongoing investigation of this case and
related cases.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   D L Cabell / JAc

DONALD L. CABELL
Assistant U.S. Attorney
(617) 748-3100

6-24-04
allowed